**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA

v.  CASE NO: 8:07-cr-530-T-26TBM

CHRISTOPHER CHULEF
                                                              /

## O R D E R

Upon due consideration, it is ordered and adjudged that the Unopposed Motion to Release Property Bond (Dkt. 61) is granted. The property bond secured by the property located at 1370 Heather Ridge Boulevard, Unit 206, Dunedin, Florida 34698, and having a legal description of Feather Ridge West IV Condo, Unit 206, Pinellas County, Florida, is released.

**DONE AND ORDERED** at Tampa, Florida, on September 18, 2008.


   s/*Richard A. Lazzara*
   **RICHARD A. LAZZARA
   UNITED STATES DISTRICT JUDGE**


**COPIES FURNISHED TO**:
Counsel of Record